11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT



Nathan Lee Anders,            * From the 142nd District Court
                                           Of Midland County, Texas
                                           Trial Court No. CR39508.

Vs. No. 11-15-00255-CR            * November 12, 2015

The State of Texas,                 * Per Curiam Memorandum Opinion
                                           (Panel consists of: Wright, C.J.,
                                           Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.